1 | HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 | ANDRAS FARKAS, Bar #254302
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ONECIMO ELIZONDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-mj-00208 BAM-1 |
| *Plaintiff*, | **STIPULATION FOR AMENDMENT OF UNSUPERVISED PROBATION;** |
| v. | **ORDER** |
| ONECIMO ELIZONDO, | |
| *Defendant*. | Judge: Hon. Sheila K. Oberto |

**Background**:

On September 6, 2012 Defendant, Onecimo Elizondo, entered his plea of guilty to the charges in the above-referenced matter. One of the terms of said plea was that defendant would be placed on a term of unsupervised probation for a period of one year. At the time the parties entered the agreed-upon plea, it was their belief that the term of probation would commence at the time the plea was entered.

On September 12, 2012, Defendant was sentenced by the court. The Judgment and Order to Pay indicates Defendant was placed on "Unsupervised Probation for 1 year." The Judgment is silent as to the commencement date of that term of probation.

**STIPULATION**

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective counsel, Elliott C. Montgomery, Special Assistant U.S. Attorney, Counsel for Plaintiff, and Andras Farkas, Assistant Federal Defender, counsel for Defendant, that the 12-month period of

Unsupervised Probation in the above-referenced proceedings shall cease immediately if Defendant has successfully complied with the remaining terms of probation as previously ordered.

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATED: June 18, 2013                    /s/ *Elliott C. Montgomery*
                                                        ELLIOTT C. MONTGOMERY
                                        Assistant U.S. Attorney
                                        Counsel for Plaintiff

                                        HEATHER E. WILLIAMS
                                        Federal Defender

DATED: June 18, 2013                    /s/ *Andras Farkas*
                                                        ANDRAS FARKAS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Onecimo Elizondo

## ORDER

The Court, having reviewed the above stipulation and good cause appearing, IT IS HEREBY ORDERED THAT the Judgment in this matter dated and filed September 12, 2012, shall be amended to show the term of Unsupervised Probation for defendant Onecimo Elizondo shall be ceased immediately as Defendant has successfully complied with all of the terms of probation as previously ordered. The hearing set for June 20, 2013, at 10:00 shall be VACATED.

IT IS SO ORDERED.

**Dated:   June 19, 2013**                                /s/ **Sheila K. Oberto**
                                                                UNITED STATES MAGISTRATE JUDGE